1014

[No. 40906-9-I.     Division One.     November 23, 1998.]

CROWN KENT, L.L.C., ET AL., *Respondents*, v. FIRST
WESTERN INVESTMENTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-32394-4, Robert H. Alsdorf, J., entered
June 24, 1997. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Webster and Baker, JJ.

[No. 41021-1-I.     Division One.     November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD JONES,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-01545-2, Steven G. Scott, J., entered July
22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41196-9-I.     Division One.     November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP LARA
LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-01123-6, Larry A. Jordan, J., entered July
31, 1997. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Coleman and Becker, JJ.

[No. 41256-6-I.     Division One.     November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. X.N.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-02695-6, Anthony P. Wartnik, J., entered
July 31, 1997. *Dismissed* by unpublished per curiam
opinion.